AO 455 (Rev 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 23 - 80037-CR-AMC |
| KYLE CHARLES YOUNG, | ) | |
| *Defendant* | ) | |
| | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice. I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/16/23

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Kristy Militello, AFPD
*Printed name of defendant's attorney*

_____
*Judge's signature*

USMJ Bruce E. Reinhart
*Judge's printed name and title*