UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80037-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**KYLE CHARLES YOUNG,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following Change of Plea Hearing [ECF No. 24]. On September 7, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 21] during which Defendant pled guilty to the sole Count of the Information [ECF No. 1] pursuant to a written factual proffer and plea agreement [ECF No. 22]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole Count of the Information, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 24]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 24] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Kyle Charles Young** as to the sole Count of the Information is **ACCEPTED**.

CASE NO. 23-80037-CR-CANNON

3. Defendant **Kyle Charles Young** is adjudicated guilty of the sole Count of the Information, wire fraud, in violation of 18 U.S.C. § 1343 [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 25th day of September 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record